No. 89–6277.  APPLEBY v. YOUNG, COMMISSIONER, SOCIAL AND REHABILITATION SERVICES OF VERMONT.  Sup. Ct. Vt. Certiorari denied.

No. 89–6278.  DEMOS v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.

No. 89–6280.  STIDUM v. TRICKEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 89–6281.  MCNEILL v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–6283.  KENROW v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–6286.  SHAKUR v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–6288.  RANDALL ET AL. v. MICHIGAN.  Sup. Ct. Mich. Certiorari denied.

No. 89–6291.  SALERNO v. BRANSTAD ET AL.  C. A. 8th Cir. Certiorari denied.

No. 89–6294.  KINNEAR v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–6295.  MECKLEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–6297.  CARRALES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–6299.  BROWN v. MASONRY PRODUCTS, INC., ET AL. C. A. 11th Cir.  Certiorari denied.

No. 89–6301.  BOOTH v. K MART CORP. ET AL.  C. A. 5th Cir. Certiorari denied.

No. 89–6304.  QUINTANA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6306.  WHITAKER v. NEW TREAD ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.